UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                          Case No: 6:13-bk-15569-ABB
ROBERT BRADFORD,
    Debtor.
_____/

## MOTION TO RE-OPEN CHAPTER 7

COMES NOW, the Debtor by and through his undersigned attorney, and files this Motion to Re-open Chapter 7 Bankruptcy case and in support thereof, states:

1. That this Court entered an Order Closing the Chapter 7 Case, without a discharge, due to the non-filing of the Personal Financial Management Course.

2. The Debtor is a long distance truck driver, who is on the road for long periods of time, and whom was unable to take the course online while on the road.

3. The Debtor has taken the Personal Financial Management Course and requests to re-open his Chapter 7 case to allow the filing of the Financial Management Course Certificate and receipt of a discharge.

WHEREFORE, Debtor prays that this Honorable Court enter an Order re-opening his Chapter 7 Bankruptcy Case to allow the filing of his Personal Financial Management Course Certificate.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above foregoing was sent on the 26th day of June, 2015 by electronic transmission to ECF users or by U.S. Mail to: Dennis D. Kenney, trustee@ddkennedy.com; Debtor.

/s/ James F. Feuerstein
James F. Feuerstein, P.A.
Florida Bar no. 0708909
303 N. St. Clair Abrams Avenue
Tavares, FL 32778
(352) 253-9700
james@lakecountylaw.com
michelle@lakecountylaw.com
Attorney for Debtor